THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHARLES FREEMAN CHRISTIAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 5:09-cv-351 (CAR) |
| : | |
| **HOUSTON COUNTY JAIL,** : | |
| **CHARLES HOLT, JANET WILLIS,** : | |
| **and HOUSTON COUNTY JAIL** : | |
| **MEDICAL FACILITY,** : | |
| : | |
| **Defendants.** : | |
| : | |

*ORDER ON THE REPORT AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 11) to dismiss Plaintiff's claims against Defendants Houston County Jail and Houston County Jail Medical Facility, pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has entered his objections to the Recommendations. Having considered Plaintiff's objections and having investigated the matter *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Houston County Jail and the Houston County Jail Medical Facility are not legal entities subject to suit. To the extent that Plaintiff seeks to name Houston County or the Houston County Sheriff's Office as a defendant, he has failed to set forth any factual allegations to establish that the alleged actions of Defendants Holt and Willis were the result of any official policy or custom. The Recommendation is therefore **ADOPTED**

and **MADE THE ORDER OF THE COURT**.  In accordance with this Order, any claims against Houston County Jail, Houston County Jail Medical Facility, and Houston County are hereby **DISMISSED** from this case.

    **SO ORDERED**, this 17th day of December, 2009.

                                  S/ C. Ashley Royal
                                  C. ASHLEY ROYAL
                                  UNITED STATES DISTRICT JUDGE

chw