# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Charles Freeman CHRISTIAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSTON COUNTY JAIL, *et al.*, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 5:09-CV-351 (MTT) |

## ORDER

This matter is before the Court on pro se Plaintiff Charles Freeman Christian's Motion for Reconsideration (Doc. 57) (the "Motion"). The Motion seeks to overturn the December 17, 2009 Order by the Court which dismissed the Houston County Jail and Houston County Jail Medical Facility as defendants because they are not legal entities subject to suit (Doc. 20).[1] The Plaintiff, "after considering many times to submit this motion," argues the Court should reconsider the decision because sovereign immunity is waived in actions arising out of negligent use of a governmental motor vehicle. Although this action does not involve a governmental motor vehicle, the Plaintiff argues that sovereign immunity should be waived because "[n]egligence is negligence."

Pursuant to Fed. R. Civ. P. 60(b)(6), the Court may relieve a party from a final judgment for any reason that justifies relief. However, a motion for relief from judgment pursuant to Rule 60(b)(6) must be made within a reasonable time. Fed. R. Civ. P. 60(c)(1).

---

[1] After Judge C. Ashley Royal entered the Order, the case was reassigned to Judge Marc T. Treadwell.

Here, the Motion was not made within a reasonable time because the Plaintiff waited over one year to file the Motion and he provides no reason for his delay. Further, the Court applied the correct legal standards and the sovereign immunity of the State can only be waived by an act of the General Assembly. GA. CONST. art. I, § II, ¶ IX(e).

Accordingly, the Motion is **DENIED.**

**SO ORDERED**, this the 24th day of February, 2011.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT