IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Charles Freeman CHRISTIAN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-351 (MTT) |
| HOUSTON COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on pro se Plaintiff Charles Freeman Christian's Motion for Reconsideration of the Order on the Motion for Reconsideration (the "Motion"). (Doc. 60). The Court has already denied a previous motion for reconsideration. (Doc. 59). Accordingly, the Motion is **DENIED.**

**SO ORDERED**, this the 10th day of June, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT