IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHARLES FREEMAN CHRISTIAN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-351 (MTT) |
| **CHARLES HOLT,** *et al.,* | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle (Doc. 88) on Defendant Charles Holt's Motion for Summary Judgment (Doc. 72). The Magistrate Judge recommends granting the Motion because the Plaintiff failed to create a genuine issue of material fact. The Plaintiff has objected to the Recommendation (Docs. 93 and 94). The Court has thoroughly considered the Plaintiff's Objection but concludes that his objections do not warrant rejection or modification of the Magistrate's findings.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendant Charles Holt's Motion for Summary Judgment (Doc. 72) is **GRANTED**, and Defendant Charles Holt is **DISMISSED** as a party to this action. The claims against the remaining Defendant shall remain pending.

**SO ORDERED**, this the 19th day of September, 2012.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
